IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GRP-MADISON, LLC, et al,                    *

                  Petitioners,     *

v.                                               Case No.   3:23-cv-31-CDL

                             *

AMEC FOSTER WHEELER INDUSTRIAL
POWER COMPANY, INC., et al,                 *

                  Respondents.     *

_____

## **J U D G M E N T**

      Pursuant to this Court's Order dated May 12, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

      This 12th day of May, 2023.

                          David W. Bunt, Clerk

                          s/ Gail G. Sellers, Deputy Clerk